**People of the State of Illinois, Defendant in Error, v. Michael C. Cain, Plaintiff in Error.**

**Gen. No. 47,986.**

First District, Third Division.

June 29, 1960.

William W. Brackett and Marshall A. Patner, of Chicago, for plaintiff in error; Benjamin S. Adamowski, State's Attorney (Francis X. Riley and James R. Thompson, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.**